UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| *Donna Godin,* ) | Civil Action No.: 22-cv-00470-LM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| *Androscoggin Valley Hospital, et al.*, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a) (1) (A) (ii)**

COME NOW the Parties, by and through their respective counsel, and for their Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii), stipulate as follows:

1. The Parties agree that this case may be dismissed with prejudice, with all rights of appeal waived.

2. The Parties agree that each Party will bear his/her own fees and costs.

WHEREFORE the Parties respectfully request that this Honorable Court grant the following relief:

A. Dismiss this case with prejudice; and

B. Grant all further relief that this Honorable Court deems just and proper.

| | |
|---|---|
| Dated: October 4, 2023 | Respectfully submitted,<br>Donna Godin,<br>By, The Law Offices of Martin & Hipple, PLLC, |

  /s/ Stephen T. Martin_____
Stephen T. Martin, Esq.
390 Loudon Road
Concord, New Hampshire 03301
603-856-0202 (Ext. 1)
Smartin@nhlegalservices.com
NH Bar#: 19567

| | |
|---|---|
| Dated:  October 4, 2023 | Respectfully submitted,<br>Androscoggin Valley Hospital and,<br>North Country Healthcare, Inc.,<br>By, Rath, Young & Pignatelli, P.C. |

  */s/*Judith F. Albright_____
Judith F. Albright, Esq. (NH Bar#:18702)
One Capital Plaza
Concord, NH 03301
603-226-2600
jfa@rathlaw.com

## CERTIFICATE OF SERVICE

     COMES NOW Attorney Stephen T. Martin, Counsel for the Plaintiff, and hereby certifies that I have caused a copy of the foregoing to be served, using this Court's CM/ECF system on all Counsel of record.

Dated: October 4, 2023        /s/ Stephen T. Martin\_\_\_
                                           Stephen T. Martin, Esq.